# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MABE<br><br>PLAINTIFF(S)<br><br>v.<br><br>ABM INDUSTRY GROUPS, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–00475–DMG–GJS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/21/2022 | 1 | Notice of Removal |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV–71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3–1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

State Court Complaint is not attached to Notice of Removal.

Clerk, U.S. District Court

Dated: January 24, 2022                    By:  /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
                                                Deputy Clerk

Dated: January 24, 2022                    By:  /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –