Laura Fleming, Bar No. 219287
E-mail: lf@paynefears.com
Robert T. Matsuishi, Bar No. 259182
Email: rtm@paynefears.com
Blake A. Dillion, Bar No. 305838
Email: bad@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
ABM INDUSTRY GROUPS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MABE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABM INDUSTRY GROUPS, LLC, a California business entity and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00475-DMG-GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL

Defendant ABM Industry Groups, LLC (hereinafter, "ABM"), erroneously filed its Petition and Notice of Removal [DOC 1] with this court instead of with the United States District Court for the Southern District of California. A Petition and Notice of Removal and all necessary documents to effect removal were concurrently and properly filed with the Southern District of California. Therefore, ABM requests the Court dismiss, without prejudice, this matter in its entirety.

DATED:  January 24, 2022

PAYNE & FEARS LLP
Attorneys at Law

By:    */s/ Blake A. Dillion*
       BLAKE A. DILLION

Attorneys for Defendant
ABM INDUSTRY GROUPS, LLC

4868-9737-4219.1