UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Steve Mabe | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:22-cv-00475-DMG-DJS |
| v. | |
| ABM Industry Groups, LLC | APPLICATION FOR REFUND OF FEES; ORDER THEREON |
| DEFENDANT(S) | |

Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

**SECTION I**

Name of Applicant: _____
Amount Paid: $ 402.00
Requested Refund Amount: $ 402.00
Document Title and Docket #: 1
Civil Cover Sheet
Transaction Date: 1/21/2022
Receipt Number: _____
(If paid by cash/check only)

**Reason for refund request:**
☐ Duplicate payment submitted
☐ Fee paid even though none was required
☐ Overpayment of a required filing fee
☐ Pro hac vice application denied (order attached)
☒ Other:
Erroneously filed at the USDC Central Dist-CA instead of the USDC Southern Dist-CA.

**SECTION II** (Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.)

Account Holder Name: Payne & Fears LLP
Pay.gov Tracking ID: ACACDC-32662749
Agency Tracking ID: _____

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

**For Court Use Only**

**Fiscal Department**

☐ Refund issued.
☐ Application for refund denied:
  ☐ Application seeks refund of fee that was not paid.
  ☐ Previous court order indicates fee is not to be refunded.
☐ Application referred to U.S. District/Magistrate Judge for ruling.

Notes: _____

IT IS ORDERED that the application for refund of fees is:

☒ GRANTED    ☐ DENIED

*/s/ Dolly M. Gee*
Dolly M. Gee, United States District Judge

G-124 (11/17)    APPLICATION FOR REFUND OF FEES; ORDER THEREON